UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Jane Doe, | | Case No.: 21-cv-00067-TCK-CDL |
| Plaintiff(s), | | |
| vs. | | |
| Jeff Coomes et al, | | **SUPPLEMENTAL SETTLEMENT CONFERENCE REPORT** |
| Defendant(s). | | |

ON February 15, 2022, a Settlement Conference was held in the captioned matter.

☒ The litigation was settled; within  30  days of the date hereof, the Plaintiff and Defendant shall file:

-- a Stipulation of Dismissal
       OR
-- Agreed Judgment and
   Motion to Enter Agreed Judgment

☐ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by         on         .

DATED: 2/19/2021

*Amelia A. Fogleman*
Adjunct Settlement Judge Amelia A. Fogleman