IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANE DOE | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| (1) JEFF COMES | ) CASE NO: 4:21-cv-00067-TCK-CDL |
| (2) CAREATC, INC. | ) ) |
| Defendants. | ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby state that they have settled the disputes in this action pursuant to the terms of a Settlement Agreement dated 2/21/2022. Accordingly, the Parties stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear their own costs and attorney's fees.

Have seen and agree:

/s/ Caleb M. Salmon
Caleb M. Salmon, OBA No. 32272
Aizenman Law Group
5800 E. Skelly Dr., Suite 575
Tulsa, OK 74135
Phone: (918) 426-4878
Fax:   (918) 513-6860
Email: caleb@aizenmanlaw.com
*Attorney for Plaintiff*

/s/ Benjamin C. Fultz (with permission)
Benjamin C. Fultz (admitted *pro hac vice*)
Fultz Maddox Dickens PLC
101 South Fifth St., 27th Floor
Louisville, Kentucky 40202
Phone: (502) 588-2000
Fax:  (502) 588- 2020
Email: bfultz@fmdlegal.com

-and-

**Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**
Anthony J. Jorgenson, OBA #17047
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2876
Facsimile: (405) 553-2855
Email: ajorgenson@hallestill.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on this 9 day of March 2022, I electronically filed the foregoing using the Court's CM/ECF system which will send a copy to the following:

Benjamin C. Fultz (admitted *pro hac vice*)
Fultz Maddox Dickens PLC
101 South Fifth St., 27th Floor
Louisville, Kentucky 40202
Phone: (502) 588-2000
Fax: (502) 588-2020
Email: bfultz@fmdlegal.com

-and-

**Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**
Anthony J. Jorgenson, OBA #17047
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2876
Facsimile: (405) 553-2855
Email: ajorgenson@hallestill.com
*Attorneys for Defendants*

/s/ Caleb Salmon
Caleb M. Salmon